462 A.2d 206

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Robert S. LUCARINI, Respondent.**

Supreme Court of Pennsylvania.

Argued June 29, 1983.

Decided July 1, 1983.

442

Allen B. Zerfoss, Chief Counsel, Harrisburg, Barbara S. Rosenberg, Asst. Counsel, Philadelphia, for petitioner.

Samuel C. Stretton, West Chester, for respondent.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Upon consideration of the record, briefs, and argument of counsel, it is hereby ORDERED that Robert S. Lucarini be and he is DISBARRED from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with all the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Opinion to follow.

ZAPPALA, J., dissents.